UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 09-191 (WHW) |
| DAVID KOLLIE | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant U.S. Attorney) and defendant David Kollie (by Peter Carter, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from May 31, 2010 through October 5, 2010, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 14th day of June 2010,

ORDERED that this action be, and it hereby is, continued from May 31, 2010 through October 5, 2010; defense motions, if any, are to be filed by September 7, 2010, opposition to defense motions are to be filed by September 21, 2010, motions shall be heard on September 28, 2010, and the trial shall be scheduled for October 5, 2010, absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from May 31, 2010 through October 5, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

_____
PETER CARTER,
ASSISTANT FEDERAL PUBLIC DEFENDER

_____
MATTHEW E. BECK
ASSISTANT UNITED STATES ATTORNEY