UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-191(WHW) |
| DAVID KOLLIE, | : | ORDER |

This matter having been opened to the Court at the request of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jacques S. Pierre, Assistant United States Attorney, appearing) for an order extending the Government's time in which to file an opposition to the pretrial motion filed by defendant David Kollie,

IT IS on this 16th day of December, 2010,

ORDERED that the Government shall file its opposition to the pretrial motion filed by David Kollie by or on December 28, 2010.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE