UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 09-00191 |
| v. : | |
| : | |
| DAVID KOLLIE : | ORDER |
| : | |

This matter having come before the Court on the application of defendant David Kollie by Peter M. Carter, Assistant Federal Public Defender, for an order modifying the conditions of bail set by Judge William H. Walls on May 10, 2011, and Assistant United States Attorney Jacques Pierre appearing, having no objections to this modification,

IT IS on this 15 day of November 2011,

ORDERED that the conditions of bail shall be modified to allow the defendant to attend a wedding and reception on November 19, 2011.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

_____
WILLIAM H. WALLS
UNITED STATES MAGISTRATE COURT JUDGE